No. 565. WRIGHT & TAYLOR, INC., *v.* LUCAS, COLLECTOR OF INTERNAL REVENUE. December 8, 1930. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Donald V. Hunter* and *Robert N. Miller* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key,* and *Norman D. Keller* and *John MacC. Hudson* for respondent.

No. 542. MCCORMICK ET AL. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. December 8, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Robert N. Miller, Horace Kent Tenney, George T. Rogers, Henry F. Tenney,* and *Roger Sherman* for petitioners. *Solicitor General Thacher* for respondent.

